In the Matter of the Claim of FRANCES DINGFELDT, Respondent, against ALBEE GODFREY WHALE CREEK COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted March 1, 1937; decided March 2, 1937.

" This Court held that the Workmen's Compensation Law of the State of New York applied, that the Federal Courts did not have exclusive jurisdiction to afford relief and that the accident did arise out of and in the course of the decedent's employment." (See 272 N. Y. 623.)